COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jack J. Grynberg and RSM Production Corporation v. Rodeo
                         Resources, L.P. and Jim Ford

Appellate case number:   01-19-00331-CV

Trial court case number: 2015-69097

Trial court:             11th District Court of Harris County

　　　　Appellees/Cross-Appellants, Rodeo Resources, L.P. and Jim Ford, have filed an unopposed motion for voluntary dismissal of their cross-appeal. *See* TEX. R. APP. P. 42.1(a), (b). Ten days have passed with no response. *See* TEX. R. APP. P. 10.3(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

　　　　Accordingly, we GRANT appellee/cross-appellant's motion and dismiss the cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Appellants' appeal remains active.

　　　　It is so ORDERED.


Judge's signature: _____/s/ Evelyn V. Keyes_____
　　　　　　　　　　☐ Acting individually　☑ Acting for the Court

Panel consists of Justices Keyes, Goodman, and Countiss

Date: __October 24, 2019____